IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARVIN CLYDE MAGEE, JR. and
LAURIE A. MAGEE                                                                          PLAINTIFFS

VS.                                                         CIVIL ACTION NO. 3:06cv77 HTW JCS

UNITED STATES GOVERNMENT                                                      DEFENDANT

ORDER OF DISMISSAL

Following the telephonic case management conference this day Plaintiffs advised the court that they desire to dismiss this action without prejudice and that their decision to do so was made freely and voluntarily. Accordingly, it is hereby ordered that this matter is dismissed without prejudice.

SO ORDERED this the 19th day of May, 2006.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE